# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0061. IN THE INTEREST OF K. H., A CHILD (FATHER).**

Daniel Huertas (the "father") is the father of a minor child. On June 3, 2021, the juvenile court entered an order of permanent guardianship of the child. The father filed a timely motion for new trial, which the juvenile court denied on December 21, 2022. In June 2023, the father filed a motion to set aside, contending that he had not received proper notice of the order denying the motion for new trial. The trial court granted the motion to set aside and entered a new order denying the motion for new trial on August 4, 2023. The father has filed a timely application for discretionary review of the trial court's August 2023 order.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013). Guardianship is equated with custody.  See *In the Interest of A. R.*, 309 Ga. App. 844, 845 (711 SE2d 402) (2011).  See also OCGA § 19-9-41 (4) (defining a "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue"). The order in this case is thus subject to direct appeal.

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, the father's application is GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA

§ 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*__*10/02/2023*__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*